# First District Court of Appeal
# State of Florida

—————————————————

No. 1D2024-2670

—————————————————

STEVE A. STRANGE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

November 6, 2025

Per Curiam.

    Affirmed.

Osterhaus, C.J., and Winokur and Long, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Steve A. Strange, pro se, Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.